IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JOHN HACKETT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 20-1225-JAR-GEB |
| ) | |
| **ALL THINGS BBQ, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

This matter is before the Court on the parties Joint Motion and Memorandum of Law in Support of Approval of FLSA Settlement Agreement **(ECF No. 30)** and Supplemental Motion and Memorandum of Law in Support of Approval of FLSA Settlement Agreement **(ECF No. 34)**. Plaintiff, John Hackett appeared in person and through counsel, Nathan Elliott. Defendants, All Things BBQ, Inc. and Donald E. Cary appeared through counsel, Mitchell J. Spencer.

After review of the parties' joint briefing, *in camera* review of the confidential settlement agreement of the parties, hearing from Plaintiff, and a thorough discussion with counsel, the Court makes the following findings:

1) The parties provided sufficient information for the Court to determine whether a bona fide dispute exists. Where the parties disagree regarding the type and nature of work performed by Plaintiff, whether he supervised other employees

or had substantial weight in the hiring and firing of employees, whether either the executive or administrative exemptions from overtime pay in Section 13(a)(1) of the Fair Labor Standards Act apply, and disagree regarding the number of hours worked by Plaintiff, the Court finds a bona fide dispute exists;

2) Having reviewed the factors pursuant to Fed. R. Civ. P. 23(e) that apply to proposed settlements of this nature, and based upon the representations of the parties and counsel in their briefing and during the hearing, the Court finds the settlement is fair and equitable to all parties; and

3) Using the hybrid approach combining the percentage fee method and factors used to calculate the loadstar and analyzing both, the Court finds the attorney fee award and expenses sought is reasonable.

**IT IS THEREFORE ORDERED** the parties Joint Motion and Memorandum of Law in Support of Approval of FLSA Settlement Agreement **(ECF No. 30)** and Supplemental Motion and Memorandum of Law in Support of Approval of FLSA Settlement Agreement **(ECF No. 34)** are **GRANTED.**

**IT IS SO ORDERED.**

Dated at Wichita, Kansas the 10th day of June, 2021.

/s/ Gwynne E. Birzer
GWYNNE E. BIRZER
United States Magistrate Judge